IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 13-cv-1238-WJM-KMT

NEWELL RECYCLING, LLC, a Georgia limited liability company,

    Plaintiff,

v.

DC BRANDS INTERNATIONAL, INC., a Colorado corporation; and
RICHARD J. PEARCE, an individual,

    Defendants.

**ORDER DIRECTING PAYMENT OF GARNISHED FUNDS**

This matter is before the Court on the Plaintiff's Motion for Order Directing Payment of Garnished Funds, filed May 12, 2015.  (ECF No. 36).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion is GRANTED.  Garnishee Wells Fargo Bank, N.A. shall pay the sum of $1,810.50 (the "Garnished Funds") into the Court's registry within five days of the date of this Order by sending a check payable to the following:

    Clerk of the United States District Court
    901 19th Street, A105
    Denver, CO 880294-3589

It is FURTHER ORDERED that upon payment of the Garnished Funds into the Court's registry by Wells Fargo Bank, N.A. pursuant to this Order, the Clerk of the Court shall pay the Garnished Funds to the following:

    Newell Recycling, LLC
    c/o Kelly S. Kilgore
    1801 California Street, Suite 3000
    Denver, CO 80202

Dated this 12th day of May, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge